UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WAYNE SMITH**

      **Plaintiff,**                                  **CASE NO.:  8:16-cv-2043-SDM-AEP**

v.

**PORTFOLIO RECOVERY ASSOCIATES, LLC,**

      **Defendant.**
_____/

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party is to bear their own fees and costs except as otherwise agreed upon between the parties prior to this stipulation.

Dated:  October 17, 2016                  Respectfully Submitted,

| | |
|---|---|
| **CENTRONE & SHRADER, PLLC** | **PORTFOLIO RECOVERY ASSOCIATES, LLC** |
| 612 W. Bay Street | 140 Corporate Blvd. |
| Tampa, Florida 33606 | Norfolk, Va. 23502 |
| Phone:  (813) 360-1529 | Phone: (757) 431-7942 |
| Fax:     (813) 336-0832 | Fax:    (757) 321-2518 |
| /s/ Brian Shrader | /s/ Sundeep S. Sidhu |
| **GUS M. CENTRONE, ESQ.** | **SUNDEEP S. SIDHU (SBN 99651)** |
| Florida Bar No. 30151 | e-mail: sssidhu@portfoliorecovery.com |
| e-mail: gcentrone@centroneshrader.com | **Attorney for Defendant** |
| **BRIAN L. SHRADER, ESQ.** | |
| Florida Bar No. 57251 | |
| e-mail: bshrader@centroneshrader.com | |
| Attorneys for Plaintiff | |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on October 17, 2016, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

                                                      /s/ Brian Shrader  
                                                     **Brian L. Shrader, ESQ.**